IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.No. CR 05 110T |
| vs. | ) | In violation of 18 U.S.C. § 922(g)(1) |
| MARK MACK | ) | |

## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about May 18, 2005, in the District of Rhode Island, the defendant MARK MACK, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a .22 caliber Beretta handgun, serial number DAA165945.

In violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee
ZECHARIAH CHAFEE
Assistant U.S. Attorney

Gerard B. Sullivan
GERARD B. SULLIVAN
First Assistant U.S. Attorney

Dated: 10.05.05