AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

## APPEARANCE

U.S.
v.
Mark Mack

Case Number: 05-110T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant, Mark Mack

I certify that I am admitted to practice in this court.

10-12-05
Date

Signature

Edward C. Roy Jr. 3029
Print Name Bar Number

10 Weybossett Street, Suite 300
Address

Providence RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number