United States District Court · District of Rhode Island

# *UNITED STATES DISTRICT COURT*
### *for the*
### *District of Rhode Island*

RECEIVED
OCT 07 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

*Case No. CR 05-110T*

*To:* *ACI*
*CRANSTON, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **MARK MACK**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:30 o'clock a.m.**, on the **12** day of **October, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.**

[signature]
Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: October 7, 2005.

David A. DiMarzio, Clerk

Arraignment

*By* [signature]
*Martha Saucier - Deputy Clerk*