UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-110 T

MARK MACK :

MOTION TO CONTINUE

NOW comes the defendant, Mark Mack, and through, counsel, moves to continue his trial date from December of 2005 to the court's trial calendar for February of 2006. The defendant seeks this time in order to obtain and review records relating to the defendant's medical condition, as the defendant was, until his arrrest, receiving Supplemental Social Security Income benefits because of a cognitive disability. Defense counsel needs the records to evaluate the waiver of Miranda rights executed by the defendant after his arrest.

Defendant acknowledges that the continuance requested under by this motion is excludable under 18 U.S.C. § 3161(h)(8)(A), as the interests of justice weigh in favor of the defendant having time to evaluate a possible defense.

MARK MACK,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 WEYBOSSET STREET, SUITE 300
PROVIDENCE, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Zechariah Chafee, AUSA on the 17th day of November, 2005.

______________________________