FILED
NOV 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-110 T

MARK MACK :

MOTION TO ENLARGE

NOW comes the defendant, Mark Mack, and moves to enlarge the time for filing pre-trial motions to allow the defendant to file motions on or before December 30, 2005. Defense counsel is seeking to obtain records from the Social Security Administration concerning a cognitive disability that the defendant suffers from. The existence of this disability is relevant to the basis for a motion to suppress.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
11/22/05

MARK MACK,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 WEYBOSSET STREET, SUITE 300
PROVIDENCE, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Zechariah Chafee, AUSA on the 17th day of November, 2005.

________________________