RECEIVED
DEC 30 2005
US MARSHALS
RHODE ISLAND

United States District Court
District of Rhode Island

# *UNITED STATES DISTRICT COURT*
### *for the*
### *District of Rhode Island*

***Case No. CR05-110T***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Mark Mack**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the 2nd day of **February, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
I did bring [illegible] urt
[illegible] within named [illegible] dant,
on the date and time ordered

C.A. Moore
Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: December 28, 2005.

David A. DiMarzio, Clerk

Change of Plea Hearing

***By*** ______________
***Ryan Jackson - Deputy Clerk***