# UNITED STATES DISTRICT COURT
*for the*
**District of Rhode Island**

RECEIVED
FEB 07 2006
US MARSHALS
RHODE ISLAND

*Case No. CR05-110T*

*To:* *Warden*
*ACI*
*Cranston, RI 02920*

YOU ARE HEREBY COMMANDED, to have the **body** of **Mark Mack**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **26th** day of **May, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: February 2, 2006.

David A. DiMarzio, Clerk

Sentencing

**By** *Lucia Cristina Leyva - Deputy Clerk*